```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

VARONA ANNETTE HAMEL          §
                              §
VS.                           §    ACTION NO. 4:14-CV-849-Y
                              §
DEFENDANT                     §

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The Report and Recommendation of the United States magistrate judge filed on January 13, 2016; and

3. Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 27.

Plaintiff makes the same arguments in her objections that were addressed in detail in the magistrate judge's report. This Court, after de novo review, concludes that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's report.

It is ORDERED that the report of the magistrate judge should be and is hereby ADOPTED as the decision of this Court. As a result, the decision of the Commissioner is AFFIRMED.

SIGNED March 23, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE